RECEIVED
DEC - 7 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| JAMES TRUETT FIETZ, KYLE W. HALTER AND AMERICAN PREARRANGED SERVICE, INC. | CIVIL ACTION NO. 05-64 |
| VERSUS | JUDGE DOHERTY |
| SOUTHLAND NATIONAL INSURANCE CORPORATION | MAGISTRATE JUDGE METHVIN |

### ORDER

Considering the foregoing Memorandum Ruling,

IT IS HEREBY ORDERED that the "Re-Urged Motion for Summary Judgment" [Doc. 103] filed by defendant, Southland National Insurance Corporation is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with regard to: (1) plaintiffs' claim of breach of contract; (2) plaintiffs' claim of promissory estoppel; (3) plaintiffs' claim for unjust enrichment; (4) Mr. Halter's claim of defamation; and (5) APSI's claim of defamation. Defendant's motion for summary judgment as to Mr. Fietz's claim of defamation is **DENIED**.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this ___ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE